■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT J. LIVINGSTON, Appellant. [714 NYS2d 250] —Judgment

unanimously affirmed (*see, People v White*, 275 AD2d 1032 [decided herewith]). (Appeal from Judgment of Ontario County Court, Harvey, J.—Burglary, 3rd Degree.) Present—Green, J. P., Hayes, Wisner, Scudder and Lawton, JJ.